IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MICHAEL W. MILLS | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:10-cv-538 **District Judge Phillips** |
| ALLIED INTERSTATE, INC., | ) ) | **Magistrate Judge Guyton** |
| Defendant. | ) | <u>Jury Trial Demanded</u> |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorney, that the above-entitled action against Defendant Allied Interstate, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that an order of dismissal with prejudice as to the Defendant may be entered in the above-entitled action pursuant hereto.

03/08/11                                                         Respectfully submitted,

**MICHAEL W. MILLS**


<u>/s/        Alan C. Lee            </u>
Alan C. Lee, Esq., BPR #012700
PO Box 1357
Morristown, TN 37816-1357
(423) 736-0201
info@alanlee.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system. The parties listed below were served by electronic mail and first-class mail, postage prepaid.

                                      /s/ Alan C. Lee
                                      Alan C. Lee, Esq.
                                      Attorney for Plaintiff

Allied Interstate, Inc.
c/o Mr. Robert R. Carl, Esq.
Baker, Donelson, Bearman, et al.
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
rcarl@bakerdonelson.com